## Case No. 10,378.

### NUNAN v. LITCHFIELD.

[Cited in Smith v. Atlantic Mutual Fire Ins. Co., Case No. 13,005. Nowhere reported; opinion not now accessible.]